IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., DC COMICS, and SANRIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VUONG TRAN; JOEY NGUYEN, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 12-0530 SC <br><br> ORDER STAYING CASE PURSUANT TO FILING OF BANKRUPTCY <u>PETITION</u> |

On January 2, 2012, Defendants in the above-captioned matter notified the Court that Defendant Vuong Tran ("Tran") had filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. ECF No. 13. Defendants' action against Tran is therefore automatically stayed.

IT IS SO ORDERED.

Dated: January 7, 2013

UNITED STATES DISTRICT JUDGE