IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., DC COMICS, and SANRIO, INC., <br><br> Plaintiffs <br><br> v. <br><br> VUONG TRAN a.k.a. VUONG NGUYEN a.k.a. RICKY TRAN a.k.a. RICKY VUONG, an individual and d/b/a www.norcaljumper.com, JOEY NGUYEN a.k.a. DUONG NGUYEN, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 12-5030 SC <br><br> DEFAULT JUDGMENT |

In accordance with the Court's April 29 Order Granting Plaintiffs' Motion for Entry of Default Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that Default Judgment in this action shall be entered in favor of PLAINTIFFS Disney Enterprises, Inc., DC Comics, and Sanrio, Inc. and against DEFENDANT Joey Nguyen a.k.a. Dung Nguyen a.k.a. Duong Nguyen, in the amount of $250,000 plus interest pursuant to 28 U.S.C. § 1961(a).

Furthermore, Defendant and his agents, servants, employees and all persons in active concert and participation with them who

receive actual notice of the injunction are hereby restrained and enjoined from importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of products that picture, reproduce, copy or use the likenesses of or bear a substantial similarity to the designs registered in the following copyright registrations: Mickey-1 (VA 58-937); Minnie-1 (VA 58-938); Donald Duck (Gp 80-184); Daisy-1 (VA 58-933); Pluto (Gp 80-192)/(RE 826-536); Chip (R 567-615); Dale (R 567-614); Walt Disney's Peter Pan Coloring Book #21865 (RE 66-285); Toy Story – Buzz Lightyear (VAu 337-566); Toy Story – Woody (VAu 337-565); Toy Story – Rex (VAu 337-568); Toy Story (PA 765-713); Pirates of the Caribbean: The Curse of the Black Pearl (PA 1-138-412); High School Musical – Fall/Winter 2007 Style Guide (VA 1-405-075); Ariel 9-9-87 Ruff (VAu 123-355); Flounder (VAu 123-349); Triton (VAu 123-350); Ruff Sebastian (Vau 123-354); Hannah Montana Branding Guide (VA 1-403-647); DC Comics Anti-Piracy Guide (TXu 1-080-661); Superman Style Guide (TX 3-221-758); the Hello Kitty registration (VA 130-420); KeroKeroKeropi (VA 636-579); Sanrio 2005 Character Guide (VAu 684-322); and Sanrio 2010 Character Guide (VAu 1-078-385).

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: May 1, 2013

UNITED STATES DISTRICT JUDGE

2