1    J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2    Annie S. Wang (SBN 243027)
*annie@coombspc.com*
3    J. Andrew Coombs, A Prof. Corp.
520 East Wilson Ave., Suite 200
4    Glendale, California 91206
Telephone: (818) 500-3200
5    Facsimile: (818) 500-3201

6    Attorneys for Plaintiffs Disney
Enterprises, Inc., DC Comics,
7    and Sanrio, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Disney Enterprises, Inc., DC Comics and Sanrio, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Vuong Tran a/k/a Vuong Nguyen a/k/a Ricky Tran a/k/a Ricky Vuong, an individual and d/b/a www.norcaljumper.com; Joey Nguyen a/k/a Dung Nguyen a/k/a Duong Nguyen and Does 1 – 10, inclusive, <br><br> Defendants. | Case No.: CV12-05030 SC <br><br> **REQUEST TO REOPEN CASE AND TO REASSIGN TO ACTIVE U.S. DISTRICT COURT DISTRICT JUDGE** |

PLAINTIFFS Disney Enterprises, Inc., DC Comics and Sanrio, Inc. (collectively "Plaintiffs"), by and through its counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS on or about January 7, 2013, the Court issued an order staying this case pursuant to a bankruptcy petition filed by Defendant Vuong Tran a/k/a Vuong Nguyen a/k/a Ricky Tran a/k/a Ricky Vuong, an individual and d/b/a www.norcaljumper.com ("Tran"). A true and correct copy of the order is attached hereto as Exhibit A;

WHEREAS Plaintiffs were made aware of several other bankruptcy petitions filed by Tran between September 2012 and through May 2014, all of which were later dismissed, most for failure to file information, as referenced in the attached Exhibit B;

WHEREAS Plaintiffs, in an abundance of caution, delayed a request to reopen the underlying civil action in part to ensure Tran had not refiled any additional bankruptcy petitions;

WHEREAS on or about March 31, 2015, the most recent bankruptcy petition filed by Tran was dismissed by the U.S. Bankruptcy Court, Northern District of California. A true and correct copy of the dismissal order is attached hereto as Exhibit C;

WHEREAS the civil action against Tran should be allowed to proceed;

WHEREAS upon reopening of this case, the Plaintiffs should be granted an additional sixty (60) days within which to effect service on Tran;

WHEREAS on or about May 1, 2013, a default judgment was entered against Defendant entered Joey Nguyen a/k/a Dung Nguyen a/k/a Duong Nguyen (see Docket #27). A true and correct copy of the default judgment is attached hereto as Exhibit D;

WHEREAS since the Court's order staying this case, issued on or about January 7, 2013, U.S. Senior District Judge, the Honorable Samuel Conti has retired; and

WHEREAS Plaintiffs respectfully request reassignment of this matter to an active U.S. District Judge;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Plaintiffs request that this case be moved to the Court's active caseload and be granted sixty (60) days from the date of reopening to effect service on Tran, and that an active U.S. District Judge be assigned to this matter.

Dated: November 17, 2015  J. Andrew Coombs, A Professional Corp.


By: /s/ J. Andrew Coombs
  J. Andrew Coombs
  Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc., DC Comics and Sanrio, Inc.

**[PROPOSED] ORDER**

PURSUANT TO REQUEST, IT IS SO ORDERED.
DATED: _____, 2015

_____
UNITED STATES DISTRICT JUDGE
General Duty

EXHIBIT "A"

Case3:12-cv-05030-SC Document16 Filed01/07/13 Page1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., DC COMICS, and SANRIO, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VUONG TRAN; JOEY NGUYEN, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 12-0530 SC<br><br>ORDER STAYING CASE PURSUANT TO FILING OF BANKRUPTCY <u>PETITION</u> |

On January 2, 2012, Defendants in the above-captioned matter notified the Court that Defendant Vuong Tran ("Tran") had filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. ECF No. 13. Defendants' action against Tran is therefore automatically stayed.

IT IS SO ORDERED.

Dated: January 7, 2013

                                      UNITED STATES DISTRICT JUDGE

EXHIBIT A PAGE 4

EXHIBIT "B"



**Bankruptcy Party Search**
Tue Nov 17 16:00:33 2015
5 records found

**User:** acoombs01
**Client:** Tran / NorCalJump
**Search:** Bankruptcy Party Search Name Tran, Vuong Ngoc California Page: 1

| Party Name | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Tran, Vuong Ngoc (db) | canbke | 5:12-bk-58412 | 13 | 11/24/2012 | 06/20/2014 | Dismissed for Failure to File Information 04/11/2014 |
| 2 Tran, Vuong Ngoc (db) | canbke | 5:12-bk-56846 | 13 | 09/19/2012 | 10/26/2012 | Dismissed for Failure to File Information 10/04/2012 |
| 3 Tran, Vuong Ngoc (db) | canbke | 5:12-bk-57618 | 13 | 10/22/2012 | 11/27/2012 | Dismissed for Failure to File Information 11/06/2012 |
| 4 Tran, Vuong Ngoc (db) | canbke | 5:14-bk-51959 | 13 | 05/01/2014 | 10/16/2015 | Dismissed for Other Reason 03/31/2015 |
| 5 Tran, Vuong Ngoc (db) | canbke | 5:12-bk-54867 | 13 | 06/28/2012 | 08/30/2012 | Dismissed for Other Reason 07/13/2012 |

**EXHIBIT B PAGE 5**

EXHIBIT "C"



DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Devin L. Pace #256514
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

The following constitutes
the order of the court. Signed March 31, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:  ) Chapter 13
         )
VUONG NGOC TRAN ) Case No. 14-51959 SLJ
         )
         ) **ORDER OF DISMISSAL**
         ) **PRIOR TO CONFIRMATION**
                Debtor

DEVIN DERHAM-BURK, Chapter 13 Standing Trustee, filed a Motion to Dismiss [Docket #40] along with a Notice and Opportunity for Hearing [Docket #41] on February 26, 2015 which was properly served on all interested parties. No opposition or request for hearing has been filed with respect to the Motion to Dismiss, and the Trustee has requested relief by default. The Court having considered all pleadings and evidence before it, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice. After payment of allowed adequate protection payments, administrative costs or fees, the Chapter 13 Standing Trustee shall return to the debtor any remaining balance of funds on hand.

/

EXHIBIT C PAGE 6

Notwithstanding the dismissal of the case, the Chapter 13 Standing Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain uncashed. The Chapter 13 Standing Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

\* \* \* END OF ORDER \* \* \*

## COURT SERVICE LIST

Case Name: VUONG NGOC TRAN                                Case No.: 14-51959 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Vuong Ngoc Tran | Case No.: 14−51959 SLJ 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 3/31/15 dismissing the above−captioned case.

Dated: 3/31/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 47

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: krose | Date Created: 3/31/2015 |
| Case: 14−51959 | Form ID: DOC | Total: 20 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Cori B. Jones | cjones@wrightlegal.net |
| aty | Devin L. Pace | ctdocs@ch13sj.com |
| aty | Teresa Thu Huong Nguyen | teresa_hung2003@yahoo.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Vuong Ngoc Tran | 5981 Snell Avenue    San Jose, CA 95123 |
| reqntc | Bank of America, N.A.... | Miles, Bauer, Bergstrom &Winters, LLP    1231 East Dyer Road Suite 100    Santa Ana, CA 92705 |
| cr | Bank of America, N.A... | Miles, Bauer, Bergstrom &Winters, LLP    1231 E. Dyer Road Suite 100    Santa Ana, CA 92705 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 13688234 | Bank of America | 4161 Piedmont Pkwy    Greensboro, NC 27410 |
| 13688235 | Bank of America, N.A. | 4161 Piedmont Pkwy    Greensboro, NC 27410 |
| 13730302 | Bank of America, N.A. | C/O Cori B. Jones, Esq.    1231 E. Dyer Road, Suite 100    Santa Ana, CA 92705 |
| 13786519 | Bank of America, N.A... | Miles, Bauer, Bergstrom &Winters, LLP    1231 East Dyer Road Suite 100    Santa Ana, CA 92705 |
| 13712593 | Internal Revenue Service | P O Box 7346    Philadelphia, P A 19101−7346 |
| 13980724 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 13853143 | STATE BOARD OF EQUALIZATION | SPECIAL OPERATIONS BRANCH, MIC:55    PO BOX 942879    SACRAMENTO, CA 94279−0055 |
| 13688236 | State Board of Equalization | P.O. Box 942879    Sacramento, CA 94250−5872 |

TOTAL: 15

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: krose | Date Created: 3/31/2015 |
| Case: 14−51959 | Form ID: pdfeoc | Total: 16 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Devin Derham−Burk | ctdocs@ch13sj.com |
| aty | Cori B. Jones | cjones@wrightlegal.net |
| aty | Devin L. Pace | ctdocs@ch13sj.com |
| aty | Teresa Thu Huong Nguyen | teresa_hung2003@yahoo.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Vuong Ngoc Tran | 5981 Snell Avenue | San Jose, CA 95123 | |
| reqntc | Bank of America, N.A.... | Miles, Bauer, Bergstrom &Winters, LLP | 1231 East Dyer Road Suite 100 | Santa Ana, CA 92705 |
| cr | Bank of America, N.A... | Miles, Bauer, Bergstrom &Winters, LLP | 1231 E. Dyer Road Suite 100 | Santa Ana, CA 92705 |
| 13688234 | Bank of America | 4161 Piedmont Pkwy | Greensboro, NC 27410 | |
| 13688235 | Bank of America, N.A. | 4161 Piedmont Pkwy | Greensboro, NC 27410 | |
| 13730302 | Bank of America, N.A. | C/O Cori B. Jones, Esq. | 1231 E. Dyer Road, Suite 100 | Santa Ana, CA 92705 |
| 13786519 | Bank of America, N.A... | Miles, Bauer, Bergstrom &Winters, LLP | 1231 East Dyer Road Suite 100 | Santa Ana, CA 92705 |
| 13712593 | Internal Revenue Service | P O Box 7346 | Philadelphia, P A 19101−7346 | |
| 13980724 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 13853143 | STATE BOARD OF EQUALIZATION | SPECIAL OPERATIONS BRANCH, MIC:55 | PO BOX 942879 | SACRAMENTO, CA 94279−0055 |
| 13688236 | State Board of Equalization | P.O. Box 942879 | Sacramento, CA 94250−5872 | |

TOTAL: 11

**EXHIBIT "D"**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DISNEY ENTERPRISES, INC., DC COMICS, and SANRIO, INC., <br><br> Plaintiffs <br><br> v. <br><br> VUONG TRAN a.k.a. VUONG NGUYEN a.k.a. RICKY TRAN a.k.a. RICKY VUONG, an individual and d/b/a www.norcaljumper.com, JOEY NGUYEN a.k.a. DUONG NGUYEN, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 12-5030 SC <br><br> DEFAULT JUDGMENT |

In accordance with the Court's April 29 Order Granting Plaintiffs' Motion for Entry of Default Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that Default Judgment in this action shall be entered in favor of PLAINTIFFS Disney Enterprises, Inc., DC Comics, and Sanrio, Inc. and against DEFENDANT Joey Nguyen a.k.a. Dung Nguyen a.k.a. Duong Nguyen, in the amount of $250,000 plus interest pursuant to 28 U.S.C. § 1961(a).

Furthermore, Defendant and his agents, servants, employees and all persons in active concert and participation with them who

receive actual notice of the injunction are hereby restrained and enjoined from importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of products that picture, reproduce, copy or use the likenesses of or bear a substantial similarity to the designs registered in the following copyright registrations: Mickey-1 (VA 58-937); Minnie-1 (VA 58-938); Donald Duck (Gp 80-184); Daisy-1 (VA 58-933); Pluto (Gp 80-192)/(RE 826-536); Chip (R 567-615); Dale (R 567-614); Walt Disney's Peter Pan Coloring Book #21865 (RE 66-285); Toy Story – Buzz Lightyear (VAu 337-566); Toy Story – Woody (VAu 337-565); Toy Story – Rex (VAu 337-568); Toy Story (PA 765-713); Pirates of the Caribbean: The Curse of the Black Pearl (PA 1-138-412); High School Musical – Fall/Winter 2007 Style Guide (VA 1-405-075); Ariel 9-9-87 Ruff (VAu 123-355); Flounder (VAu 123-349); Triton (VAu 123-350); Ruff Sebastian (Vau 123-354); Hannah Montana Branding Guide (VA 1-403-647); DC Comics Anti-Piracy Guide (TXu 1-080-661); Superman Style Guide (TX 3-221-758); the Hello Kitty registration (VA 130-420); KeroKeroKeropi (VA 636-579); Sanrio 2005 Character Guide (VAu 684-322); and Sanrio 2010 Character Guide (VAu 1-078-385).

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: May 1, 2013

_____
UNITED STATES DISTRICT JUDGE