UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al., | Case No.  12-cv-05030-JST |
| Plaintiffs, | |
| v. | **ORDER REOPENING CASE** |
| VUONG TRAN, et al., | Re: ECF No. 30 |
| Defendants. | |

On November 17, 2015, Plaintiffs filed a Motion to Reopen Case and to Reassign to Active U.S. District Court District Judge.  ECF No. 30.  On November 24, 2015, this case was re-assigned to the undersigned.   ECF No. 32.

No opposition to Plaintiffs' motion to reopen case having been filed, and good cause appearing, the Court grants Plaintiffs' motion to reopen this case.  Pursuant to Plaintiffs' request, the Court also grants Plaintiffs sixty days from the date of this order to effect service on Mr. Tran. A Case Management Conference is set for January 27, 2016 at 2:00 PM.  A joint Case Management Statement is due by January 20, 2016.

IT IS SO ORDERED.

Dated:  November 24, 2015

_____
JON S. TIGAR
United States District Judge