UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISNEY ENTERPRISES, INC., et al.,

    Plaintiffs,

v.

VUONG TRAN, et al.,

    Defendants.

Case No. 12-cv-05030-JST

**ORDER VACATING HEARING**

Re: ECF No. 42

    Before the Court is Plaintiff's Motion for Entry of Default Judgment. ECF No. 42. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 18, 2016, is hereby vacated.

    IT IS SO ORDERED.

Dated: August 8, 2016

                                                          JON S. TIGAR
United States District Judge